UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKEY LITTLE                                                              CIVIL ACTION

VERSUS                                                                      NO. 07-2818

DEPUTY ROBERT MARX ET AL.                              SECTION "A" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of defendant, Patrick A. McNulty, M.D., to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion to dismiss filed by Patrick A. McNulty, M.D., Record Doc. No. 23, is hereby DENIED.

August 27, 2007

_____
UNITED STATES DISTRICT JUDGE